```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUIS STANFORD                  :       CIVIL ACTION
                                :
     v.                         :
                                :
MARYANN DERA                    :       NO. 02-2752
```

ORDER

AND NOW, this 16th day of August, 2002, upon consideration of defendant's motion to compel plaintiff's answers to interrogatories and production of documents (docket entry # 4), it is hereby ORDERED that plaintiff shall RESPOND to this motion by August 21, 2002.

BY THE COURT:

_____
Stewart Dalzell, J.