```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LOUIS STANFORD | : | CIVIL ACTION |
| v. | : | |
| MARY ANN DERA | : | NO. 02-2752 |

<u>ORDER</u>

AND NOW, this 8th day of October, 2002, upon consideration of plaintiff's demand for trial de novo, and plaintiff having failed to deposit the requisite $300.00, <u>see</u> Rule 7.E of Local R. Civ. P. 53.2, it is hereby ORDERED that:

1. Plaintiff shall forthwith DEPOSIT $300.00 with the Clerk of Court, or the demand for trial <u>de novo</u> will be stricken;

2. Assuming plaintiff complies with the preceding paragraph, a final pretrial and settlement conference shall CONVENE at 3:00 p.m. on October 10, 2002, in Chambers (Room 10613);

3. The parties shall FILE their joint pretrial statement in accordance with the Court's Standing Order (attached), by 4:00 p.m. on October 15, 2002, with a copy delivered or faxed to Chambers by that hour; and

4. Trial shall COMMENCE at 10:00 a.m. on October 21, 2002, in Courtroom 10B.

BY THE COURT:

_____
Stewart Dalzell, J.