IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUIS STANFORD                :        CIVIL ACTION
                              :
        v.                    :
                              :
MARYANN DERA                  :        NO. 02-2752

ORDER

AND NOW, this 10th day of October, 2002, after an
initial settlement conference this day, it is hereby ORDERED
that:

1.   The settlement conference shall RESUME at 4:00
p.m. on October 11, 2002 in Chambers; and

2.   Plaintiff and a representative of defendant's
insurer with plenary authority to settle shall personally attend
the resumed settlement conference.


BY THE COURT:


_____
Stewart Dalzell, J.